# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

### 2023 CA 0279R

### BRODDIE LACOSTE

### VS.

### PETER DAVENPORT, WILLIE DAISY, ENID DAISY AND W&E OYSTERS, INC.

### 32ND JUDICIAL DISTRICT COURT
### PARISH OF TERREBONNE CASE NO. 192008

---

### ORDER

In consideration of the October 3, 2024 Application for Rehearing filed in this matter,

**IT IS HEREBY ORDERED** that the Application for Rehearing is **HEREBY GRANTED** for the purposes of oral arguments and additional briefing regarding (1) whether this Court should nullify the August 31, 2023 Amended Judgment AND/OR the August 16, 2024 judgment granting the motion for nullity filed by defendants Willie Daisy, Enid Daisy, and W&E Oysters, Inc., and (2) whether this Court should conduct a *de novo* review of the November 28, 2022 Default Judgment and render a decision on the merits.

Any party who wishes to file supplemental briefs must do so no later than 4:30 p.m., November 30, 2024. In accordance with Rule 2-12.2(C)(1), the supplemental briefs shall not exceed thirty-one pages.

Oral argument on this matter shall be set on December 17, 2024. This Court's Clerk's Office will issue a docket at a later date.

MRT
AHP
HG

Ordered and issued on
this 24th day of October 2024.

_____
DEPUTY CLERK